STATE OF NEBRASKA, APPELLEE, V. ALFRED K. PHILLIPS, APPELLANT.

326 N.W.2d 849

Filed November 24, 1982. No. 82-065.

Ronald S. DePue of McDermott, DePue, McDermott & McDermott, for appellant.

Paul L. Douglas, Attorney General, and Dale D. Brodkey, for appellee.

Submitted without oral argument. KRIVOSHA, C.J., BOSLAUGH, MCCOWN, CLINTON, WHITE, HASTINGS, and CAPORALE, JJ.

PER CURIAM.

This case is controlled by our opinion in *State v. Peiffer, ante* p. 864, 326 N.W.2d 844 (1982). Therefore, should defendant have been released from the custody of the Department of Correctional Services under the language of our earlier opinion herein, *ante* p. 303, 322 N.W.2d 447 (1982), he is to be returned thereto forthwith to complete the sentence imposed by the Third Judicial District Court, Lancaster County. He is entitled to no credit for such period of time as he may have been at liberty by

virtue of his release pursuant to our earlier opinion.

Our earlier opinion, *ante* p. 303, 322 N.W.2d 447 (1982), is overruled.

AFFIRMED.

McCOWN, J., concurring in the result.

I concur in the result for the reasons stated in my concurring opinion in *State v. Peiffer, ante* p. 864, 326 N.W.2d 844 (1982).

CAPORALE, J., dissenting.

I respectfully dissent for the reasons set forth in the dissent in *State v. Peiffer, ante* p. 864, 326 N.W.2d 844 (1982).

KRIVOSHA, C.J., and BOSLAUGH, J., join in this dissent.